# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# KANSAS CITY DIVISION

| | |
|---|---|
| FANTHREESIXTY, LLC, | ) |
| Plaintiff / Counterclaim-Defendant, | ) |
| v. | ) Case No. 4:15-cv-00466-BCW |
| ASIM PASHA et al., | ) |
| Defendants / Counterclaim-Plaintiffs. | ) |

**JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE, OF PLAINTIFF'S CLAIMS AGAINST VERNALIS GROUP, INC., NADER HANAFY, UBI TECHNOLOGIES, LLC, AND INVENTORY INTEL, LLC**
**and**
**JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE OF THE VERNALIS DEFENDANTS' COUNTERCLAIMS AGAINST FANTHREESIXTY, LLC**

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FanThreeSixty, LLC ("Plaintiff") and Defendants Vernalis Group, Inc., Nader Hanafy, Ubi Technologies, LLC, and Inventory Intel, LLC (collectively "Vernalis Defendants") stipulate and agree to the dismissal, with prejudice, of Plaintiff's claims against the Vernalis Defendants, with each side bearing its own attorneys' fees and costs. Plaintiff and the Vernalis Defendants also stipulate and agree to the dismissal, with prejudice, of the Vernalis Defendants' Counterclaims, filed December 19, 2015, against Plaintiff, with each side bearing its own attorneys' fees and costs.

So stipulated on this 19th day of May 2016, by:

1

By /s/ *Jeremy M. Suhr*
Kirk T. May          MO # 31657
Jeremy M. Suhr      MO # 60075
GERMAN MAY PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Tele:   (816) 471-7700
Fax:    (816) 471-2221
Email: kirkm@germanmay.com
Email: jeremys@germanmay.com

*Attorneys for FanThreeSixty, LLC*

By /s/ *James S. Kreamer*
James S. Kreamer     MO # 39682
BAKER STERCHI COWDEN & RICE, LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri  64108
Tel:  (816) 471-2121
Fax: (816) 472-0288
E-mail:  kreamer@bscr-law.com

*and*

By /s/ *Adam M. Felsenstein*
David S. Douglas, *pro hac vice*
Adam M. Felsenstein, *pro hac vice*
GALLET DREYER & BERKEY, LLP
845 Third Ave.
New York, NY 10022
Tele:   (212) 935-3131
Fax:    (212) 935-4514
Email: dsd@gdblaw.com
Email: amf@gdblaw.com

*Attorneys for Vernalis Group, Inc., Nader Hanafy, Ubi Technologies, LLC, and Inventory Intel, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of May 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent such notice of filing to all counsel of record.

/s/ Jeremy M. Suhr
*Attorney for FanThreeSixty, LLC*